UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVAN J. BOYD, III,

        Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

        Defendants.

Case No. C05-5394RJB

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The Court, having considered Plaintiff's Motion to Stay this matter for 60 days to allow him time to transfer from prison into the community (Dkt. # 18), and the records and files herein, does hereby find and ORDER:

(1) Plaintiff's Motion to Stay the matter is construed as a request for an extension of time to allow him time necessary to accommodate his release from prison and integration back into society. As such the motion is GRANTED, allowing plaintiff until **May 22, 2006** to file his response to defendants' motion to dismiss. The underlying motion to dismiss will be considered by the court on its May 26, 2006 motion calendar.

(2) The Clerk is directed to send uncertified copies of this Order to Plaintiff and counsel of record

DATED this 24th day of March, 2006.

                                    */s/ J. Kelley Arnold*
                                    J. KELLEY ARNOLD
                                    United States District Magistrate Judge